UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01495-SSS-JPRx | Date | May 9, 2024 |
|---|---|---|---|
| Title | *Dennis Cooper v. Pizza Plus Properties, Inc., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS — ORDER TO SHOW CAUSE REGARDING LACK OF PROSECUTION**

On February 26, 2024, this Court issued an order declining to exercise supplemental jurisdiction over Plaintiff's state law causes of action. Following that Order, Plaintiff maintains one cause of action under the Americans with Disabilities Act (ADA).

Defendant has failed to file an answer or other responsive pleading since that time, and Plaintiff has take no further steps to resolve the case. The Court therefore **ORDERS** Plaintiff to show cause regarding lack of prosecution in this case. It further **SETS** a hearing regarding this OSC for **Friday, May 24, 2024** at **1 PM**. This hearing will be vacated if Plaintiff files, on or before **Monday, May 21, 2024,** either a renewed request for entry of default, after having cured the deficiency, [Dkt. 13]; notice of dismissal; or other response adequately addressing the OSC.

**IT IS SO ORDERED.**