SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
DENNIS COOPER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>             Plaintiff,<br><br>     vs.<br><br><br>PIZZA PLUS PROPERTIES, INC.; and<br>DOES 1 to 10,<br><br>             Defendants. | **Case No.: 5:23-cv-01495-SSS (JPRx)**<br><br>**Request for Entry of Default (as to Defendant PIZZA PLUS PROPERTIES, INC.)** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff DENNIS COOPER hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant PIZZA PLUS PROPERTIES, INC. ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the Complaint on Defendant as evidenced by the proof of service of summons on file.

//

//

//

//

REQUEST FOR ENTRY OF DEFAULT - 1

1    Dated: May 20, 2024        **SO. CAL. EQUAL ACCESS GROUP**

2

3

4                      By:     _/s/ *Jason J. Kim*_____

5                             Jason J. Kim, Esq.
                            Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF DEFAULT - 2

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
DENNIS COOPER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DENNIS COOPER,

      Plaintiff,

  vs.

PIZZA PLUS PROPERTIES, INC.; and
DOES 1 to 10,

      Defendants.

**Case No.: 5:23-cv-01495-SSS (JPRx)**

**Declaration of Jason J. Kim re: Request for Entry of Default (as to Defendant PIZZA PLUS PROPERTIES, INC.)**

1.    I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am the attorney of record for the Plaintiff DENNIS COOPER ("Plaintiff") and, in that capacity, I am familiar with this matter.

2.    Federal Rule of Civil Procedure Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

3.    We have received no answer or other responsive pleading to the Complaint that was served on Defendant PIZZA PLUS PROPERTIES, INC.

DECLARATION RE: REQUEST FOR ENTRY OF DEFAULT - 1

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3

4  Dated:  May 20, 2024                    **SO. CAL. EQUAL ACCESS GROUP**

5

6

7                                          By:    _/s/ *Jason J. Kim*_____
                                                  Jason J. Kim, Esq.
8                                                 Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On May 20, 2024, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

PIZZA PLUS PROPERTIES, INC.
C/O James G. Morris
2312 W. Victory Blvd., Suite 100
Burbank, CA 91506

DOCUMENT(S): **Request for Entry of Default (as to Defendant PIZZA PLUS PROPERTIES, INC.); Declaration of Jason J. Kim Re: Request for Entry of Default (as to Defendant PIZZA PLUS PROPERTIES, INC.)**

(X)      BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )      BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )      BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )      BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )      ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 20, 2024, at Los Angeles, California.

PROOF OF SERVICE - 1